# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: POLYESTER STAPLE ANTITRUST LITIGATION | MDL DOCKET NO: 3:03CV1516 |
| COATS AMERICAN, INC. d/b/a COATS NORTH AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>WELLMAN, INC., et al.<br><br>      Defendants. | WDNC DOCKET NO.: 3:04-CV-506 |
| MOUNT VERNON MILLS, INC.,<br><br>      Plaintiff,<br><br>  vs.<br><br>CNA HOLDINGS, INC., et al.<br><br>      Defendants. | WDNC DOCKET NO.: 3:04-CV-197 |
| This document relates to:<br><br>BURLINGTON INDUSTRIES, LLC; CAROLINA MILLS INCORPORATED; FRONTIER SPINNING MILLS, INC.; GALEY & LORD INDUSTRIES, LLC; GREENWOOD MILLS, INC.; HENDERSON-HARRIET WELFARE ASSOCIATION, INC.; INMAN MILLS; JOHNSTON INDUSTRIES, INC.; MALLOY & COMPANY f/k/a CHERAW YARN MILLS, INC.; MAYFAIR MILLS, INC.; NATIONAL SPINNING CO., INC; PHARR YARNS, LLC; and SWIFT TEXTILES, LLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>CNA HOLDINGS, INC.; CELANESE AMERICAS CORPORATION; HOECHST AKTIENGESELLSCHAFT; | WDNC DOCKET NO. 3:06CV387-C<br>MDL DOCKET NO. 3:03CV1516 |

| CELANESE AKTIENGESELLSCHAFT; and GROVER SMITH, a resident of Charlotte, North Carolina, | |
|---|---|
| Defendants. | |

### ORDER DISMISSING DEFENDANT GROVER SMITH WITH PREJUDICE

For good cause shown, the above-captioned actions are dismissed against Grover Smith with prejudice and with each party to bear its own fees and costs. This Order does not dismiss any of Plaintiffs' claims against any other parties.

This 2nd day of May, 2008.

The Honorable Richard L. Voorhees